# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 3/15/2023
Case: 2:23–bk–01564–MCW  Form ID: 309A  Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | MARITES ROMAN TOPPING | 1894 WEST ASPEN AVENUE | GILBERT, AZ 85233 |
| tr | ANTHONY H. MASON | Anthony H. Mason, Chapter 7 Trustee | P.O. Box 30273  Phoenix, AZ 85046 |
| aty | SANDRA C. OSWALT | Oswalt Law Group, P.C. | 3933 S. McClintock Drive, Ste. 500  Tempe, AZ 85282 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007–2650 |
| 16922086 | Ace Recovery Group | 99 Wall Street #4890 | New York NY 10005 |
| 16922087 | Adam Hyzdu | 3350 E Main Street | Mesa AZ 85213 |
| 16922088 | American Credit Acceptance | 961 E. Main Street  2nd Floor | Spartanburg SC 29302 |
| 16922089 | BMF Advance LLC | 1820 Ave M Ste 125 | Brooklyn NY 11230 |
| 16922090 | Cactus Jack's Auto, Inc. | 1313 S. Country Club Dr. | Mesa AZ 85210 |
| 16922091 | City of Mesa | PO Box 1878 | Mesa AZ 85211–1466 |
| 16922092 | Clerk, Supreme Court of New York | County of Kings | 360 Adams Street Room 189  Brooklyn NY 11201 |
| 16922093 | David & Judith Shahenian | 10516 East Dennis Street | Mesa AZ 85207 |
| 16922094 | Grandview Circle | 4145 East Grandview Circle | Mesa AZ 85205 |
| 16922095 | Highland Hill Capital | 450 Fairway Drive Suite 210 | Deerfield Beach FL 33441 |
| 16922096 | Internal Revenue Service | Central Insolvency Operations | P.O. Box 7346  Philadelphia PA 19101 |
| 16922097 | Interstate Batteries of Lake Havasu | 2000 W. Acoma Blvd. | Lake Havasu City AZ 86403 |
| 16922098 | Lakhwinder Sighn | 1984 West Aspen Avenue | Gilbert AZ 85233 |
| 16922099 | Markel | PO Box 650028 | Dallas TX 75265–0028 |
| 16922100 | Medical Payment Data | 2001 9th Avenue, Ste. 312 | Vero Beach FL 32960 |
| 16922101 | Michael Lynch | 11067 East Cloud View Drive | Gold Canyon AZ 85118 |
| 16922102 | Peter Morin | 7373 East US Highway 60 #68 | Gold Canyon AZ 85118 |
| 16922103 | Rebecca Ann Way | 1905 West Morton Road #24 | Denison TX 75020 |
| 16922104 | Tammy Brady | 285 Manistee River Road | Mesick MI 49668 |
| 16922105 | Tom Camperland | 5101 North La Canada Drive | Tucson AZ 85704 |
| 16922106 | U.S. Bank | 101 5th Street East Ste. A | Saint Paul MN 55101 |

TOTAL: 25