**SO ORDERED.**

**Dated: May 5, 2023**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| Marites Roman Topping, | Case No. 2:23-bk-01564-MCW |
| Debtor. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE ACTION UNDER 11 U.S.C. § 727** |

The Court having reviewed and considered the parties *Stipulation to Extend Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* (the "Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED** extending the deadline for the Chapter 7 Trustee to object to the Debtor's discharge under 11 U.S.C. § 727 to September 18, 2023.

**DATED AND SIGNED ABOVE**.