**Guttilla Murphy Anderson**
Ryan W. Anderson (Ariz. No. 020974)
Shawn A. McCabe (Ariz. No. 032402)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: smccabe@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Marites Roman Topping,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-01564-MCW<br><br>**TRUSTEE'S NOTICE OF BANKRUPTCY RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS BY DEBTOR** |

PLEASE TAKE NOTICE that, Anthony H. Mason, Chapter 7 Trustee, has scheduled a Bankruptcy Rule 2004 examination of Marites Roman Topping on **June 13, 2023 at 10:00 a.m.** at the offices of Guttilla Murphy Anderson, attorneys for Trustee, at 5415 E. High St, Ste. 200, Phoenix, Arizona 85054. The examination shall be under oath and recorded electronically.

Marites Roman Topping shall also produce the documents set forth on Exhibit "A" of the Order at least five (5) business days prior to the examination. Pursuant to the Order of the Court, dated May 2, 2023 (Doc 19) compliance is mandatory.

///

///

Dated this 12th day of May, 2023.

           GUTTILLA MURPHY ANDERSON, P.C.


           */s/ Shawn A. McCabe*
           Shawn A. McCabe
           Attorneys for the Trustee

Copy of the foregoing mailed
on May 12, 2023, to:

Marites Roman Topping
1894 West Aspen Ave.
Gilbert, AZ 85233
*Debtor*

Sandra C. Oswalt
Oswalt Law Group, P.C.
3933 S McClintock Drive, Ste. 500
Tempe, AZ 85282
sandra@oswaltlawgroup.com
*Counsel for Debtor*

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

*/s/ Louis A. Lofredo*

3482-001 (504060)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300