BRADLEY D. PACK, SBA #023973
CELESTE TABARES, SBA #037324
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
———————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: bdp@eblawyers.com
Email: cdt@eblawyers.com
———————

Attorneys for Tammy Grady

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>MARITES ROMAN TOPPING,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-01564-MCW<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE ACTION PURSUANT TO 11 U.S.C. §§ 523 AND 727** |
|---|---|

Pursuant to Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c), Tammy Grady ("Grady") and Marites Roman Topping ("Debtor"), hereby stipulate and agree to extend, until **September 18, 2023**, the deadlines for Grady to: (a) file a complaint under 11 U.S.C. § 523(c) objecting to the dischargeability of Grady's claims against the Debtor; and (b) file a complaint under 11 U.S.C. § 727(c) objecting to the Debtor's discharge. In support of this Stipulation, the Parties state as follows:

1. Debtor filed her petition for relief under Chapter 7 of the U.S. Bankruptcy Code on March 14, 2023. (Dkt. 1). Anthony H. Mason (the "Trustee") is the duly appointed and acting trustee of the Debtors' bankruptcy estate.

2. The initial meeting of creditors required by 11 U.S.C. § 341 was scheduled for April 18, 2023, with complaints objecting to the dischargeability of any claims and to Debtor's discharge due on June 20, 2023. (Dkt. 5).

3. Grady attended the initial meeting of creditors that was held and concluded on April 18, 2023.

4. On April 27, 2023 the Trustee filed *Trustee's Motion for Rule 2004 Exam and Production of Documents by Debtor* ("Debtor Examination") (Dkt. 16). On May 2, 2023, the Court entered an order granting Debtor Examination (Dkt. 19).

5. On June 5, 2023, attorneys for Grady filed their *Notice of Appearance and Request for Notice*. (Dkt. 33).

6. Debtor Examination is taking place on June 13, 2023. The Trustee and Debtor have agreed to allow Grady to participate in Debtor Examination. As such, Grady asserts that an extension of the deadline for filing complaints under 11 U.S.C. §§ 523(a) and 727(a) is warranted. Grady intends to use the additional time to review the documents relevant to her claims and to take an examination of Debtor, in order to determine whether pursuit of an objection to discharge or dischargeability is warranted.

7. Debtor has agreed to extend the deadline for filing such complaints through and including **September 18, 2023**. Debtor reserves all defenses and objections to Grady's claims and to any complaints under 11 U.S.C. §§ 523(c) or 727(c).

**WHEREFORE**, for the foregoing reasons, Grady and Debtor stipulate to the entry of an order extending the deadline for Grady to file a complaint under 11 U.S.C. §§ 523(c) or 727(c) to object to the dischargeability of Grady's claims against Debtor and/or to object to Debtor's discharge.

**DATED** this 9th day of June 2023.

**ENGELMAN BERGER, P.C.**

By /s/ *Celeste Tabares – SBA #037324*
    Bradley D. Pack
    Celeste Tabares
    Attorneys for Tammy Grady

**OSWALT LAW GROUP, P.C.**

By */s/ John D. Yohe (with permission)*
    John D. Yohe
    Attorneys for Debtor

| | |
|---|---|
| 1 | **COPY** of the foregoing e-mailed this 9th day of June 2023 to: |
| 2 | |
| 3 | John D. Yohe<br>jyohe@oswaltlawgroup.com<br>Attorneys for Debtor |
| 4 | |
| 5 | Shawn A. McCabe<br>smccabe@gamlaw.com<br>Attorneys for Chapter 7 Trustee |
| 6 | |
| 7 | Office of the U.S. Trustee<br>USTPRegion14.PX.ECF@USDOJ.GOV |
| 8 | |
| 9 | **COPY** of the foregoing automatically served via the Court's ECF System this 9th day of June 2023 to: |
| 10 | all attorneys that have entered appearances |
| 11 | |
| 12 | */s/ Lydia K. Miller* |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004