# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| MARITES ROMAN TOPPING, | Case No. 2:23-bk-01564-MCW |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO FILE ACTION PURSUANT TO 11 U.S.C. §§ 523 AND 727** |

This matter having come before the Court on the *Stipulation to Extend Deadlines to File Action Pursuant to 11 U.S.C. §§ 523 and 727* (the "Stipulation") filed by Tammy Grady ("Grady") and Debtor Marites Roman Topping ("Debtor"), and good cause appearing:

**IT IS HEREBY ORDERED** approving the Stipulation. The deadline for Grady to file a complaint under 11 U.S.C. §§ 523(c) objecting to the dischargeability of Grady's claims against Debtor, and the deadline for filing a complaint under 11 U.S.C. § 727(c) objecting to Debtor's discharge, are hereby extended to and including **September 18, 2023**.

**DATED AND SIGNED ABOVE.**